UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Evans Donnell,** | ) | **Judge Trauger** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 3:14-cv1605** |
| | ) | |
| **National Credit Adjusters, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF DEFAULT

Pending is Plaintiff's Request for Entry of Default against Defendant National Credit Adjusters, LLC (Docket Entry No. 6). A review of the record reveals that this Defendant has been served and that since being served has failed to answer within the time period allowed by law. Entry of Default is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant National Credit Adjusters, LLC. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to the appropriate subsection of Federal Rule of Civil Procedure 55(b).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court